NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FREDERICK RUFFIN, JR. and LORETTA DONATELLI, individually and on Behalf of All Other Persons Similarly Situated, | : : : : : | Civil Action No. 11-1069 (SDW) (MCA) |
| Plaintiffs, | : : | **ORDER** |
| v. | : : : | January 27, 2014 |
| AVIS BUDGET CAR RENTAL, LLC and AVIS RENT A CAR SYSTEM, LLC, | : : : | |
| Defendants. | | |

**WIGENTON**, District Judge.

This matter, having come before the Court on Avis Budget Car Rental, LLC and Avis Rent A Car System, LLC's ("Defendants" or "Avis") Motion for Decertification of the Fair Labor Standards Act collective action under 29 U.S.C. § 216(b) ("Motion"), and this Court, having carefully considered the submissions and arguments of the parties, for the reasons stated in this Court's Opinion dated January 27, 2014,

**IT IS** on this 27th day of January, 2014,

**ORDERED** that Defendants' Motion is **DENIED**.

s/ Susan D. Wigenton
**Susan D. Wigenton, U.S.D.J.**

cc: Magistrate Judge Madeline C. Arleo